# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA M.,[1] <br>       Plaintiff, <br>     v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br>       Defendant. | Case No. ED CV 20-1221 MRW <br><br> JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: May 3, 2021

_____
HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.