1  Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON**
2  **& PADILLA**
3  3852 E. Colorado Blvd.
Pasadena, CA 91107
4  Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
5  E-mail: rpadilla@pottercohenlaw.com
6
Attorney for Plaintiff
7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                              EASTERN DIVISION

11

12  SUSANA MARLENY MENA,            )  Case No.:  ED CV 20-1212 MRW
                                    )
13            Plaintiff,            )  **ORDER AWARDING EQUAL**
      vs.                          )  **ACCESS TO JUSTICE ACT**
14                                  )  **ATTORNEY FEES PURSUANT TO**
15  ANDREW SAUL, Commissioner of    )  **28 U.S.C. § 2412(d)**
    Social Security,                )
16                                  )
17            Defendant             )
    _____    )

18
        Based upon the parties' Stipulation for the Award and Payment of Equal
19
Access to Justice Act Fees, Costs, and Expenses:
20
        **IT IS ORDERED** that the Commissioner shall pay the amount of $3,000.00
21
(Three Thousand Dollars and No Cents) for fees, as authorized by 28 U.S.C. §
22
2412(d), subject to the terms of the above-referenced Stipulation.
23

24  Date: June 10, 2021          _____
                                  MICHAEL R. WILNER
25                                UNITED STATES MAGISTRATE JUDGE

26

                                      -1-